THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW WALDRON, Appellant.

Submitted May 2, 2005; decided May 5, 2005

Motion for assignment of counsel granted only to the extent that J. Scott Porter, Esq., One Park Place, 300 South State Street, Syracuse, New York 13202 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment, subject to the limitations contained in section 500.10 (c) of the Rules of the Court of Appeals (22 NYCRR 500.10 [c]).

In the Matter of RADISSON COMMUNITY ASSOCIATION, INC., Appellant, v DONALD J. LONG, as Acting Assessor of Town of Lysander, et al., Respondents, and BALDWINSVILLE CENTRAL SCHOOL DISTRICT, Intervenor-Respondent.

Submitted March 28, 2005; decided May 5, 2005

Motion for leave to appeal dismissed upon the ground that simultaneous appeals do not lie to the Appellate Division and the Court of Appeals (*see Parker v Rogerson*, 35 NY2d 751, 753).